UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DEAN C. BOYD                                                                                                         PLAINTIFF

V.                                                                                    CIVIL ACTION NO. 3:24-CV-496-ASH

MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.                                DEFENDANTS

ORDER

The Court, having held an omnibus hearing on May 21, 2025, discussing and defining the issues to be litigated here, and having conferred with pro se Plaintiff Dean C. Boyd and with Counsel for Defendants Mississippi Department of Corrections and Timothy Donovan, orders as follows:

1. In this action, Plaintiff testified that his request for medical treatment of his right arm and shoulder has been denied and he might lose his arm—Plaintiff's only limb that is not paralyzed.

2. Having reviewed the testimony and pleadings, the Court finds that Plaintiff and Defendants should engage in a period of discovery. Each side is allowed to propound ten interrogatories and ten requests for production of documents. The discovery deadline is set for January 29, 2026.

3. All dispositive motions must be filed by February 12, 2026.

4. Should this matter survive a dispositive motion, a trial date will be set.

5. Plaintiff is warned that failure to advise this Court of a change of address as required by the Notice of Assignment [1-2] or failure to comply with any order of this Court will be

deemed as a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.

SO ORDERED, this the 28th day of October, 2025.

*s/Andrew S. Harris*
UNITED STATES MAGISTRATE JUDGE